**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-2429**

———————

BRUCE E. SMITH,

        Plaintiff - Appellant,

    v.

RAY MABUS, Secretary Dept. of the Navy Agency,

        Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:10-cv-00502-RAJ-TEM)

———————

Submitted:  April 27, 2011        Decided:  May 10, 2011

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Bruce E. Smith, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce E. Smith appeals the district court's order dismissing his complaint for nonpayment of filing fees. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Smith v. Mabus, No. 2:10-cv-00502-RAJ-TEM (E.D. Va. filed Oct. 19; entered Oct. 20, 2010 & Nov. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED